

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      v.<br><br>OSCAR CISNEROS,<br><br>           Defendant. | Case No. 8:20-CR-00120-doc<br><br>ORDER OF DETENTION AFTER HEARING<br><br>[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violations of the terms and conditions of his/her supervised release; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), hereby finds the following:

    A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).

    B. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of

1  any other person or the community if released under 18 U.S.C. § 3142(b) or
2  (c).
3  These findings are based on: Defendant's criminal history, recent conviction,
4  history of substance abuse, lack of bail resources and the instant allegations, all of which
5  reflect unwillingness to comply with the terms of his supervised release.
6  IT THEREFORE IS ORDERED that the defendant be detained pending the final
7  revocation proceedings.

Dated: 6/8/23

HONORABLE AUTUMN D. SPAETH
United States Magistrate Judge